RECEIVED
U.S. WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE ___5/9/11___

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| CHAD BRYANT DAIGLE | CIVIL ACTION NO. 6:10-cv-1414 |
| LA. DOC #404547 | |
| VS. | SECTION P |
| | JUDGE HAIK |
| WARDEN ROBYN LANDRY, ET AL. | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _____ day of _____, 2011.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE